NUMBER
13-09-00642-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

RAUL J. STEVENS,                                                                APPELLANT,

 

                                                             v.

 

GILBERTO LUCIO AND
ESTELA LUCIO,                            APPELLEES.

____________________________________________________________

 

                          On
Appeal from the 103rd District Court 

                                      of
Cameron County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                        Before
Justices Rodriguez, Benavides, and Vela

Memorandum Opinion
Per Curiam

 








Appellant,
Raul J. Stevens, appealed a judgment entered by the 103rd District Court of
Cameron County, Texas.  On December 2, 2009, the Clerk of this Court notified
appellant that the notice of appeal failed to comply with Texas Rule of
Appellate Procedure 9.5.  See Tex.
R. App. P. 9.5.  The Clerk directed appellant to file an amended notice
of appeal with the district clerk's office within 30 days from the date of that
notice.  On June 15, 2010, the Clerk notified appellant that the defect had not
been corrected and warned appellant that the appeal would be dismissed if the
defect was not cured within ten days.  To date, the defect has not been
corrected.

The
Court, having considered the documents on file and appellant=s failure to correct this defect, is of the opinion that
the appeal should be dismissed.  See id. 37.3, 42.3(b),(c). 
Accordingly, the appeal is DISMISSED for want of prosecution.                                                                   

PER
CURIAM

Delivered and filed 

5th day of August, 2010.